UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Lundberg,<br><br>                   Plaintiff,<br><br>vs.<br><br>Sid Harvey Industries, Inc.,<br><br>                   Defendant. | Court File No. 19-cv-2112 (JNE/LIB)<br><br>**STIPULATED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE** |

Plaintiff Scott Lundberg and Defendant Sid Harvey Industries, Inc., respectfully move this Court for an Order approving settlement and dismissing all claims with prejudice. This Motion is based upon 29 U.S.C. § 216, *Barbee v. Big River Steel, LLC*, 927 F.3d 1024 (8th Cir. 2019), and upon the supporting documents filed and served in accordance with Local Rules, and upon the files, records and proceedings herein.

Date: May 1, 2020

*s/Donald C. Erickson*
Donald C. Erickson (#27157)
derickson@fryberger.com
Thomas R Witt (#0387915)
trwitt@fryberger.com
**FRYBERGER, BUCHANAN, SMITH**
  **& FREDERICK, P.A.**
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55801
Telephone: 218-722-0861

**ATTORNEYS FOR PLAINTIFF SCOTT LUNDBERG**

Date: May 1, 2020

*s/Grant D. Goerke*
Kerry L. Middleton (#26622X)
kmiddleton@littler.com
Grant D. Goerke (#0395226)
ggoerke@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANT SID HARVEY INDUSTRIES, INC.**

4826-0171-2545.1 104224.1001