UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Lundberg, | Court File No. 19-cv-2112 (JNE/LIB) |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| Sid Harvey Industries, Inc., | |
| Defendant. | |

This matter is before the Court upon the Parties' Stipulated Motion for Approval of Settlement and Dismissal of Claims with Prejudice ("the Stipulation"). Based upon a review of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court finds the settlement set forth in the Stipulation to be a fair and reasonable resolution of a bona fide dispute over FLSA provisions;

2. The Stipulation is **GRANTED**; and

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: _____

BY THE COURT:

_____
Joan N. Erickson
United States District Court Judge

4811-7550-5339.1 104224.1001