

**Littler Mendelson, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136

Grant D. Goerke
612.313.7614 direct
612.630.1000 main
ggoerke@littler.com

May 4, 2020

**VIA ECF**

The Honorable Joan E. Ericksen
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:   Scott Lundberg v. Sid Harvey Industries, Inc.
      Civil No. 19-2112 (JNE/LIB)

Dear Judge Ericksen:

I write in response to the May 4, 2020 letter filed by counsel for Plaintiff Scott Lundberg regarding the hearing on June 16, 2020 at 9:30 a.m. Defendant Sid Harvey Industries, Inc., has no objection to conducting the hearing via telephone or video conference.

Sincerely,

*s/Grant D. Goerke*

Grant D. Goerke

GDG/pr
cc:    Kerry Middleton

4837-4197-8299.1 104224.1001

littler.com