UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Lundberg,<br><br>                Plaintiff,<br><br>vs.<br><br>Sid Harvey Industries, Inc.,<br><br>                Defendant. | Court File No. 19-cv-2112 (JNE/LIB)<br><br>**STATEMENT FOR FILING UNDER TEMPORARY SEAL** |

Pursuant to Local Rule 5.6 and in response to the Court's June 2, 2020 text-only order, Defendant Sid Harvey Industries, Inc., has filed under seal a copy of the parties' Confidential Settlement Agreement and Release, the entirety of which is confidential. This statement is submitted as the "Redacted Public Version" under Local Rule 5.6(d)(1)(A)(ii).

Date: June 5, 2020

*s/Grant D. Goerke*
Kerry L. Middleton (#26622X)
kmiddleton@littler.com
Grant D. Goerke (#0395226)
ggoerke@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANT SID HARVEY INDUSTRIES, INC.**